JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ACCARDI, FRANK, et al. | PORT AUTHORITY OF NEW YORK AND NEW JERSEY |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Gregory K. McGillivary, WOODLEY & McGILLIVARY<br>1125 15th Street, N.W., Suite 400, Washington, DC 20005<br>(202) 833-8855 | UNKNOWN |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

This is an action under the Fair Labor Standards Act seeking declaratory judgment, backpay and other relief pursuant to 29 U.S.C. Section 207, 29 U.S.C. Section 216(b), and 28 U.S.C. Section 1331.

Has this or a similar case been previously filed in SDNY at any time? No [x]  Yes? [ ]   Judge Previously Assigned

If yes, was this case  Vol [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]   If yes, give date _____  & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)           NATURE OF SUIT

                                          ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [x] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $ unknown    OTHER _____     JUDGE _____    DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [x] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

[X] 1 Original Proceeding
[ ] 2a. Removed from State Court
[ ] 2b. Removed from State Court AND at least one party is a pro se litigant
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

SEE ATTACHED APPENDIX TO CIVIL COVERSHEET

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Office of the Secretary
The Port Authority of New York and New Jersey
225 Park Avenue South
New York, NY 10003

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 8/21/06
RECEIPT #
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCARDI, FRANK ) | |
| ADAMS, JENNIFER ) | |
| AIBA, JOSEPH ) | |
| ALMEYER, RICHARD ) | |
| BARBARELLO, JAMIE ) | Civil Action No. |
| BATES, REGINALD ) | |
| BATISTA, PEDRO ) | |
| BERGMAN, CHRISTOPHER ) | |
| BISHOP, STEVEN ) | |
| BOMENGO, THOMAS ) | |
| BORELLI, ANTHONY ) | |
| BRADY, GREGORY ) | |
| BRELAND, ALFRED ) | |
| BROWN, MICHAEL ) | |
| BURNS, DONALD ) | |
| BUTLER, STEPHEN ) | |
| CALIA, ROBERT ) | |
| CAPOZZI, KEVIN ) | |
| CARRASCO, AIDA ) | |
| CARRIGAN, JOSEPH ) | |
| CASO, CONSTANCE ) | |
| CHAMBLISS, RALPH ) | |
| CHIERCHIO, PAUL ) | |
| CHIN, STANLEY ) | |
| COLEMAN, MARIELLA ) | |
| COLLIS, JOHN ) | |
| CONKLIN, DONALD ) | |
| COOPER, ALFONSO ) | |
| COTTRELL, KEVIN ) | |
| CRIMARCO, FRANK ) | |
| CUMMINGS, LAWRENCE ) | |
| CURNYN, JOHN ) | |
| DALTON, MICHAEL ) | |
| DANCHUK, PETER ) | |
| DANESE, ELIZABETH ) | |
| DAVIS, WARREN ) | |
| DELGADO, JOSEPH ) | |
| DELGADO, WILLIAM ) | |
| DEMELLO, MICHAEL ) | |
| DESIO, FRANCES ) | |
| DILENA, RAYMOND ) | |
| DIPRIMO, DONATO ) | |

DORNER, GEORGE )
DUANE, MARTIN )
DUBELBEISS, EUGENE )
DURHAM, JOHN )
EARLEY, PATRICK )
EDWARDS, MICHAEL )
EIRAND, JAMES )
ESPINOZA, JORGE )
ESPOSITO, FRANK )
ESPOSITO, LUANNE )
FARFALLA, FRANK )
FARRELL, JOHN )
FEELEY, KEVIN )
FERRIGNO, JOHN )
FINNIE, WILLIAM )
FIREHOCK, DONALD )
FITZGERALD, JOHN )
FLEMING, THOMAS )
FLORIE, MICHAEL )
FLORKOWSKI, KEVIN )
FLYNN, JOSEPH )
FLYNN, JOHN )
FONG, MILTON )
FRANCIS, DANIEL )
FRANK, GLORIA )
FUSCO, ANTHONY )
GACHETT, ALEBERT )
GARCIA, JUAN )
GARLAND, RAYMOND )
GAUNT, MARK )
GAVIN, ALYSON )
GAYSON, JOHN )
GIARAMITA, FRANK )
GIGLIA, CHARLES )
GLAZER, SCOTT )
GOLDBERG, LAURENCE )
GONZALEZ, REINALDO )
GORMAN, JOHN )
GREENSTEIN, AARON )
GREFF, ROBERT )
GRIFFITH, GARY )
GRIGLIO, JAMES )
GRIMALDI, MICHAEL )
GROSSBARD, DAVID )
GROSSI, STEPHEN )
GUTCH, WILLIAM )

HADLEY-BAILEY, CYNTHIA )
HAMPDEN, JULIAN )
HARLEY, JAMES )
HARDY, NORMA )
HARRIS, CARLA )
HARRIS, NATHANIEL )
HEIDERSBENGEN, CARL )
HEIM, BARBARA )
HENNESSY, KELLYANN )
HENNESSY, MICHAEL )
HERING, THOMAS )
HERNANDEZ, PETER )
HERNANDEZ, RAMON )
HODGES, WARREN )
HOEY, THOMAS )
HOLLAND, RICHARD )
HORAN, SEAN )
HUBERT, FRANK )
JACOBS, FRANK )
JILES, ADELL )
JILLING, FRANK )
JOHNSON, PETER )
JOHNSON, VERNON )
JONES, KATHLEEN )
KEANE, SUSAN )
KEHOE, WILLIAM )
KEITH, RICHARD )
KENNEDY, THOMAS )
KING, CURTIS )
KING, JOSEPH )
KOEGL, KURT )
KOHLMANN, KENNETH )
KOUMOUTSOS, LOUIE )
KOWANA, NICHOLAS )
LATIMER, GEORGE )
LEARY, EUGENE )
LEATHER, JOSEPH )
LECLAIRE, DAVID )
LEW, ALAN )
LICORISH, DARCY )
LIM, DAVID )
LINK, ALAN )
LIPARI, ROBERT )
LOMONACO, THOMAS )
LORENZ, GEORGE )
MACIOCIA, LEWIS )

MAHARAJ, DEWAN )
MANCUSO, RICHARD )
MANFREDI, RAYMOND )
MANGIERI, PATRIC )
MANIA, RICHARD )
MARESCA, JOHN )
MARIANO, JOHN )
MARRAZZO, ANTHONY )
MARTEN, THOMAS )
MASELLA, RICHARD )
MATHIESON, JOHN )
MATTIACE, JOHN )
MAY, ROBERT )
MAYS, LAWRENCE )
McCLAVE, JOHN )
MCDERMOTT, JAMES )
MCFADDEN, EDWARD )
MCHALE, THOMAS )
MCKEEVER, JOSPEH )
MCMAHON, DONALD )
MCNERNEY, PATRICK )
MESS, PAUL )
MILAN, SERGIO )
MORALES, RAUL )
MORAN, WILLIAM )
MORRIS, ANTHONY )
MUELLER, TIMOTHY )
MUNNELLY, RICHARD )
MURPHY, KEVIN )
NAFEY, RONALD )
NASTRO, LAURA )
NG, TERRY )
NOBLE, JOHN )
NYBRO, RAYMOND )
OBERHOFER, LAWRENCE )
O'DONNELL, JOHN )
OLAH, RICHARD )
O'NEILL, MARK )
PALERMO, MICHAEL )
PALERNO, MICHAEL )
PAUGH, RICHARD )
PEARSON, FRENCH )
PERDOMO, BORIS )
PETERS, SEAN )
PETRUZZIELLO, MARIO )
PICONE, WAYNE )

4

PINCKNEY, INDIA )
PIRO, SALVATORE )
POTEPA, MARK )
POULOS, STEVEN )
PREYER, WILLIAM )
PROSPERO, STEPHEN )
RAPP, EDWARD )
RAY, DANIEL )
REARDON, JOHN )
REILLY, JOHN )
RHEM, NADINA )
RIENZIE, JOHN )
RIVERA, SILFREDO )
ROBINS, KEVIN )
RODRIGUEZ, ALBERTO )
RODRIGUEZ, EDWIN )
ROMAN, MARK )
ROSS, WILLIAM )
ROSTRUP, GEORGE )
ROTOLO, STEVEN )
ROWAN, WILLIAM )
RUIZ, RICHARD )
RULLO, JOSEPH )
RUSSELL, SHAWN )
RYAN, PATRICK )
SANTIAGO, GEORGE )
SAVARESE, WILLIAM )
SCHIELS, WILLIAM )
SCHMIDT, ROBERT )
SCHULIZZI, PETER )
SEARANO, JOSEPH )
SELBY, CHERYL )
SERRANO, MICHELLE )
SIMONS, MICHAEL )
SIMS, DERRICK )
SMALLS, TIMOTHY )
SMITH, CORETTA )
SMITH, WILLIAM )
SNYDER, RONALD )
STITZ, JOSEPH )
STONE, ROBERT )
SULEWSKI, RONALD )
TINDALL, JULIAN )
TOHT, THOMAS )
TOOHEY, BRIAN )
TOTH, TIBOR )

| | |
|---|---|
| TOURLOUKIS, GEORGE<br>TYNER, LORENZO<br>WARD, KEVIN<br>WAY, STEPHEN<br>WEBER, WILLIAM<br>WEIR, JOHN<br>WEST, NARICE<br>WHITE, KENNETH<br>WICKERS, STEPHEN<br>WYKA, JAMES<br>YUM, NICHOLAS<br>ZACHOWSKI, ROBERT<br><br>PLAINTIFFS,<br><br>v.<br><br>PORT AUTHORITY OF NEW<br>YORK AND NEW JERSEY,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

### INTRODUCTION

1. Plaintiffs, by and through their attorneys, Woodley & McGillivary, bring this action against defendant Port Authority of New York and New Jersey (hereinafter referred to as "Port Authority" or "defendant") and seek a declaratory judgment, back pay and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and 28 U.S.C. § 1331 to remedy the defendant's willful and unlawful violations of federal law that are complained of herein.

### PARTIES

2. Plaintiffs are and at all times material herein have been employed by defendant Port Authority in the position of police sergeant and/or detective

working within the Port Authority of New York and New Jersey Police Department.

3. Plaintiffs are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b). Such written consents are appended to this Complaint in the appendix. These written consent forms set forth each plaintiff's name and address.

4. Each of the plaintiffs in this action while employed by defendant in the position of sergeant and/or detective has been an "employee" within the meaning of the Fair Labor Standards Act, 29 U.S.C. Section 203(e)(1).

5. Defendant Port Authority is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. § 203(x). The corporate headquarters of the Port Authority of New York and New Jersey is located at 225 Park Avenue South, New York, New York 10003. It is a public agency that operates and conducts its business within the State of New York, and within the geographic region of the Southern District of New York.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTS

8. At all times material herein, the plaintiffs have been employed by the defendant Port Authority in the position of sergeant and/or detective.

9. At times material herein, some of the plaintiffs have been assigned by defendant to work on various task forces with other public agencies, but while doing so such plaintiffs remain employed by defendant and their compensation has been controlled by defendant.

10. At all times material herein, while working in the position of sergeant and/or detectives on behalf of defendant plaintiffs have worked in excess of 40 hours per week.

11. In addition to their other compensation, plaintiffs receive payments such as shift differentials, schedule deficiency, longevity pay, and/or working out-of-zone pay.

## CLAIMS FOR RELIEF

12. During the times that plaintiffs have worked in excess of 40 hours per week, defendant has failed to provide plaintiffs with the rights and protections provided under the FLSA, including among other things overtime pay at the rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked in excess of the hourly standards set forth under 29 U.S.C. § 207.

13. Section 207 of the FLSA, as well as the regulations of the U.S. Department of Labor, 29 CFR Part 778, *et seq.*, require that in the calculation of overtime pay due and owing under the FLSA, all forms of remuneration be included in the rate at which overtime is paid, with some limited exceptions set

8

forth under 29 U.S.C. § 207(e). Premium payments, such as shift differential, longevity payments, schedule deficiency and out-of-zone payments, and similar payments that are made in addition to employees' other compensation must be included in the rate at which overtime is paid and are not among the exceptions set forth under 29 U.S.C. § 207(e). With the exception of longevity pay, defendant has failed to include these premium payments in the regular rate of pay at which overtime pay is calculated for the plaintiffs, as required under the law.

14. By failing to compensate plaintiffs at the rate of one and one-half times the plaintiffs' regular rates of pay when plaintiffs have worked in excess of 40 hours a week, and by failing to include all of the plaintiffs' premium payments when calculating the rate at which overtime is paid, the defendant Port Authority has violated and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a result, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum period allowed under the law.

15. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined. The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them. Defendant is under a duty imposed under the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions to maintain

and preserve payroll and other employment records with respect to the plaintiffs from which the amount of defendant's liability can be ascertained.

16. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

17. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

WHEREFORE, the plaintiffs pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of his rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award plaintiffs monetary liquidated damages equal to their unpaid compensation;

(d) Award plaintiffs interest on their unpaid compensation;

(e) Award plaintiffs their reasonable attorneys fees to be paid by the defendant, and the costs and disbursements of this action; and

(f) Grant such other relief as may be just and proper.

Respectfully submitted,

*[signature]*

Lauren Schwartzreich (LS-8260)
Gregory K. McGillivary (SSN: 0280)
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC  20005
Phone:  (202) 833-8855