MAY 1 8 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 1 2007

| | |
|---|---|
| ACCARDI, FRANK, et al. ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | (FCP) |
| ) | Civil Action No. 06-06402 (LTS) |
| v. ) | |
| ) | |
| PORT AUTHORITY OF NEW ) | |
| YORK AND NEW JERSEY, ) | |
| ) | |
| DEFENDANT. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court upon the joint request of Plaintiffs and Defendants, the Court having been advised of and considered the Settlement Agreement entered into by and among the Plaintiffs and Defendants that has resulted from mediation, and, upon the joint application of Plaintiffs and Defendants, by their Attorneys, seeking review and approval by the Court thereof, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Court approves and adopts as stated the terms of the Settlement Agreement entered into between and among the parties to this litigation~~, as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law~~; and

(2) Consistent with that Agreement, the plaintiffs' claims are hereby dismissed, with Prejudice, with respect to the individuals identified in Attachment A of the parties' Settlement Agreement The Court will retain jurisdiction over the parties for the purpose of interpretation and compliance with the Agreement and this Agreed Order

of Dismissal with Prejudice.

So ORDERED this 21 day of May, 2007.

_____
Laura T. Swain
United States District Judge

Approved for Entry:

_____
Lauren Schwartzreich (LS-8260)
Gregory K. McGillivary (SSN: 0280)
WOODLEY & McGILLIVARY
1125 15th Street N.W., Suite 400
Washington, D.C. 20005
(202) 833-8855
(202) 452-1090 - fax

Attorneys for Plaintiffs


_____
Jay Selcov (#362)
Office of General Counsel
The Port Authority of New York and New Jersey
225 Park Avenue South, 13th Floor
New York, New York 10003
(212) 435-3443

Attorney for Defendant

2